THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ORBRIDGE LLC, | No. 3:20-cv-06259-BJR |
|---|---|
| Plaintiff, | **STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |
| v. | |
| SAFARI LEGACY, INC. and PRATIK PATEL, | |
| Defendants. | |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Defendants Safari Legacy, Inc. and Pratik Patel ("Defendants") file this Stipulated Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Original Complaint in this civil action, and state as follows:

1. On December 31, 2020, Plaintiff filed its Original Complaint in this action, alleging (1) breach of contract and (2) improper use of confidential information against Defendants.

2. Defendants do not waive and hereby expressly reserve defenses based on (1) personal jurisdiction and (2) venue, and to bring a Fed. R. Civ. P. 12 motion based on the same.

STIPULATED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND– Page 1

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

3.  Defendant Safari Legacy was served with process on January 20, 2021, making its answer due on February 10, 2021.  Defendant Pratik Patel has not been served with process, but agrees to waive service pursuant to Fed. R. Civ. P. 4(d), while not waiving and expressly reserving any defense based on personal jurisdiction or venue.  *See* Fed. R. Civ. P. 4(d)(5).

4.  Defendants request that they be given an extension of thirty (30) days to answer or otherwise respond to Plaintiff's Original Complaint, making its answer or responsive pleading due on March 12, 2021.  Rodney Gould, counsel for Plaintiff, agreed to this thirty day extension to answer or otherwise plead.

Stipulated and agreed to this 3rd day of February, 2021.

| CHRISTIE LAW GROUP, PLLC | CORR CRONIN LLP |
|---|---|
| *s/ Robert L. Christie* | *s/ Lucio E. Maldonado* |
| Robert L. Christie, WSBA No. 10895 | Lucio E. Maldonado, WSBA No. 54279 |
| 2100 Westlake Avenue N., Suite 206 | 1001 Fourth Avenue, Suite 3900 |
| Seattle, WA 98109 | Seattle, WA 98154-1051 |
| Telephone: (206) 957-9669 | (206) 625-8600 Phone; |
| bob@christielawgroup.com | lmaldonado@corrcronin.com |
| SMITH DUGGAN BUELL & RUFO LLP | THE MENT LAW GROUP, PC |
| Andrew Black, *Admitted Pro Hac Vice* | Jeffery Ment, *Admitted Pro Hac Vice* |
| Rodney Elliott Gould, *Admitted Pro Hac Vice* | 225 Asylum Street, 15th Floor |
| 55 Old Bedford Road | Hartford, CT 06103 |
| Lincoln, MA 01773 | Telephone: (860) 969-3200 |
| Telephone: (617) 228-4458 | jment@mentlaw.com |
| Andrew.Black@SmithDuggan.com | |
| rgould@smithduggan.com | |
| *Attorneys for Plaintiff Orbridge LLC* | *Attorney for Defendant Safari Legacy, Inc. and Pratik Patel* |

STIPULATED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND– Page 2

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

This Court has considered the parties' Stipulated Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Original Complaint. Finding good cause therefore, the Court ORDERS that the deadline to file an answer or responsive pleading is extended to March 12, 2021.

IT IS SO ORDERED.

DATED this 3rd day of February 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

CORR CRONIN LLP

*s/ Lucio E. Maldonado*
Lucio E. Maldonado, WSBA No. 54279
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone;
lmaldonado@corrcronin.com

STIPULATED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND– Page 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  THE MENT LAW GROUP, PC

2  Jeffery Ment, *Admitted Pro Hac Vice*
3  225 Asylum Street, 15th Floor
   Hartford, CT 06103
4  Telephone: (860) 969-3200
   jment@mentlaw.com
5

6  *Attorneys for Defendant Safari Legacy, Inc. and Pratik Patel*

7

8  CHRISTIE LAW GROUP, PLLC
9

10 *s/ Robert L. Christie*
   Robert L. Christie, WSBA No. 10895
11 2100 Westlake Avenue N., Suite 206
   Seattle, WA 98109
12 Telephone: (206) 957-9669
13 bob@christielawgroup.com

14 SMITH DUGGAN BUELL & RUFO LLP

15 Andrew Black, *Admitted Pro Hac Vice*
   Rodney Elliott Gould, *Admitted Pro Hac Vice*
16 55 Old Bedford Road
17 Lincoln, MA 01773
   Telephone: (617) 228-4458
18 Andrew.Black@SmithDuggan.com
   rgould@smithduggan.com
19

20 *Attorneys for Plaintiff Orbridge LLC*

21

22

23

24

STIPULATED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND– Page 4

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900