The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ORBRIDGE LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAFARI LEGACY, INC. and PRATIK PATEL | Civil Action No. 3:20-cv-6259-BJR <br><br> ORDER CLARIFYING ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

Having reviewed Defendants' motion for clarification of the scope of the Court's July 30, 2021 Order, Dkt. No. 47, the Court finds that Plaintiff's Motion for Partial Summary Judgment, Dkt. No. 16, was directed against Defendant Safari Legacy, Inc. ("Safari Legacy") only and not against Defendant Pratik Patel ("Patel"). *See* Dkt. No. 16 at 5 (Issue Presented: "Should this Court grant summary judgment in favor of plaintiff with respect to its first cause of action for breach of contract against defendant Safari Legacy [] in the liquidated sum of $193,000, there being no genuine issue of material fact?"); at 9 (requesting that the Court "grant partial summary judgment against Safari Legacy on its first cause of action"). Therefore, the Court erred in entering summary judgment on Plaintiff's first cause of action against Defendant Patel as well.

For the foregoing reasons, the Court HEREBY ORDERS that the July 30, 2021 Order granting partial summary judgment on Plaintiff's first cause of action is vacated as to Defendant Patel.

Dated this 20th day of September 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge