HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ORBRIDGE LLC,<br><br>           Plaintiff,<br><br>v.<br><br>SAFARI LEGACY, INC. and PRATIK PATEL,<br><br>           Defendants. | NO.  3:20-cv-6259-BJR<br><br>STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES |

## **STIPULATED MOTION**

Plaintiff, Orbridge LLC, and Defendants Safari Legacy, Inc. and Pratik Patel (collectively, the "Parties"), jointly move the Court to amend the scheduling order (Dkt. No. 40) and extend deadlines in this case. In support of this Stipulated Motion, the Parties state the following:

1. On June 28, 2021, the Court entered a scheduling order setting case deadlines. (Dkt. No. 40). The discovery deadline was set for October 13, 2021.

2. The Parties have engaged in discovery. However, the Parties seek an extension to allow additional time to complete discovery, and specifically to take the depositions of Safari Legacy, Inc., Pratik Patel, and a former employee of Safari Legacy, Jennifer Kunath.

3. Ms. Kunath's deposition was scheduled for September 2021, but her father died earlier that same month. Her deposition has now been rescheduled for October 22, 2021, which is after the current discovery deadline.

4. Moreover, scheduling the depositions of Safari Legacy, Inc. and Mr. Patel have been difficult. Their depositions were scheduled for October 6, 2021, but had to be postponed. The Parties expect those depositions to take place in November 2021.

5. The Parties have conferred and jointly request that the discovery and dispositive motions deadlines be extended as follows, or to similar dates at the Court's preference:

Discovery completed by:	November 19, 2021

All dispositive motions must be filed by:	December 17, 2021

6. The Parties do not request any changes to the following dates previously set by the Court:

All motions in limine must be filed by:	March 7, 2022

Joint Pretrial Statement:	March 14, 2022

Pretrial conference:	March 28, 2022

//

//

RESPECTFULLY SUBMITTED this 5th day of October, 2021.

/s/ Rodney E. Gould
RODNEY E. GOULD, admitted pro had vice
ANDREW D. BLACK, admitted pro had vice
SMITH DUGGAN BUEL & RUFO LLP
55 Old Bedford Road
Lincoln, MA 01773
Phone: 617-228-4400
Email: rgould@SmithDuggan.com
       Andrew.Black@SmithDuggan.com

/s/ Lucio E. Maldonado
Lucio E. Maldonado, WSBA No. 54279
CORR CRONIN LLP
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone;
(206) 625-0900 Fax
lmaldonado@corrcronin.com

/s/ Robert L. Christie
ROBERT L. CHRISTIE, WSBA #10895
CHRISTIE LAW GROUP, PLLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: bob@christielawgroup.com

*Attorneys for Orbridge LLC*

/s/ Jeffery Ment
Jeffery Ment, Admitted Pro Hac Vice
Ment Law Group, PC
225 Asylum Street, 15th Floor
Hartford, CT 06103
Telephone: (860) 969-3200
jment@mentlaw.com

*Attorneys for Defendant Safari Legacy, Inc. and Pratik Patel*

## ORDER

The Parties jointly moved the Court for an extension of discovery and other deadlines. The discovery and dispositive motions deadlines are extended to the following dates:

    Discovery completed by:                    November 19, 2021

    All dispositive motions must be filed by:      December 17, 2021

All other remaining case deadlines remain the same.

IT IS SO ORDERED.

Dated this 5th day of October, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge