HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ORBRIDGE LLC,

                              Plaintiff,

v.

SAFARI LEGACY, INC. and PRATIK
PATEL,

                              Defendants.

NO.  3:20-cv-6259-BJR

STIPULATED MOTION AND ORDER
FOR TRIAL CONTINUANCE

## STIPULATED MOTION

Plaintiff, Orbridge LLC, and Defendants Safari Legacy, Inc. and Pratik Patel (collectively, the "Parties"), jointly move that this Honorable Court postpone the pretrial conference now set for May 9 and the trial for May 16, each about one month.  The reason for this motion is that the settlement conference with Judge Peterson is set for May 5, 2022, obviously two business days before the pre-trial conference and seven business days before the start of trial.  Due to the short time between settlement conference and trial, the parties must prepare for trial before the settlement conference.  The parties hope to resolve the case.  However, the cost of preparing for

STIPULATED MOTION AND
ORDER FOR TRIAL CONTINUANCE
(3:20-cv-6259-BJR) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1    trial before the settlement conference makes the possibility of settlement less likely and will take

2    away from the settlement effort.  Accordingly, the parties request a one-month continuance of the

3    pre-trial conference and trial so that the parties can focus on settlement.

4         RESPECTFULLY SUBMITTED this 19th day of April, 2022.

5

6    /s/ Rodney E. Gould                                      /s/ Lucio E. Maldonado
     RODNEY E. GOULD, admitted pro had vice          Lucio E. Maldonado, WSBA No. 54279
     ANDREW D. BLACK, admitted pro had vice          CORR CRONIN LLP
7    SMITH DUGGAN BUEL & RUFO LLP                     1001 4th Avenue, Suite 3900
     55 Old Bedford Road                              Seattle, WA 98154-1051
8    Lincoln, MA 01773                                (206) 625-8600 Phone;
     Phone: 617-228-4400                              (206) 625-0900 Fax
9    Email: rgould@SmithDuggan.com                    lmaldonado@corrcronin.com
          Andrew.Black@SmithDuggan.com

10

11   /s/ Robert L. Christie                                   /s/ Jeffery Ment
     ROBERT L. CHRISTIE, WSBA #10895                  Jeffery Ment, Admitted Pro Hac Vice
     CHRISTIE LAW GROUP, PLLC                         Ment Law Group, PC
12   2100 Westlake Avenue N., Suite 206               225 Asylum Street, 15th Floor
     Seattle, WA 98109                                Hartford, CT 06103
13   Phone: 206-957-9669                              Telephone: (860) 969-3200
     Email: bob@christielawgroup.com                  jment@mentlaw.com

14

15   *Attorneys for Orbridge LLC*                     *Attorneys for Defendant Safari Legacy, Inc.*
                                                      *and Pratik Patel*

16

17   / / /

18   / / /

19   / / /

20

21

STIPULATED MOTION AND
ORDER FOR TRIAL CONTINUANCE
(3:20-cv-6259-BJR) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

## **<u>ORDER</u>**

Based upon the foregoing Stipulation between the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' Motion for a Trial Continuance is GRANTED.

The Pre-Trial Conference previously set for May 9, 2022 is rescheduled to: June 6, 2022, 11:00 a.m. PDT.

Trial in this matter is hereby rescheduled from May 16, 2022 to: June 13, 2022 .

DATED this 19th day of April, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY

/s/ Rodney E. Gould
RODNEY E. GOULD, admitted pro had vice
ANDREW D. BLACK, admitted pro had vice
SMITH DUGGAN BUEL & RUFO LLP
55 Old Bedford Road
Lincoln, MA 01773
Phone: 617-228-4400
Email: rgould@SmithDuggan.com
        Andrew.Black@SmithDuggan.com
*Attorneys for Orbridge LLC*

/s/ Robert L. Christie
ROBERT L. CHRISTIE, WSBA #10895
CHRISTIE LAW GROUP, PLLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: bob@christielawgroup.com

STIPULATED MOTION AND
ORDER FOR TRIAL CONTINUANCE
(3:20-cv-6259-BJR) - 3

1    *Attorneys for Orbridge LLC*

2

3    /s/ Lucio E. Maldonado
     Lucio E. Maldonado, WSBA No. 54279
4    CORR CRONIN LLP
     1001 4th Avenue, Suite 3900
5    Seattle, WA 98154-1051
     (206) 625-8600 Phone;
6    (206) 625-0900 Fax
     lmaldonado@corrcronin.com
7    *Attorneys for Defendant Safari Legacy, Inc. and Pratik Patel*

8

     /s/ Jeffery Ment
9    Jeffery Ment, Admitted Pro Hac Vice
     Ment Law Group, PC
10   225 Asylum Street, 15th Floor
     Hartford, CT 06103
11   Telephone: (860) 969-3200
     jment@mentlaw.com
12   *Attorneys for Defendant Safari Legacy, Inc. and Pratik Patel*

13

14

15

16

17

18

19

20

21

STIPULATED MOTION AND
ORDER FOR TRIAL CONTINUANCE
(3:20-cv-6259-BJR) - 4

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669