HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ORBRIDGE LLC,

        Plaintiff,

v.

SAFARI LEGACY, INC. and PRATIK PATEL,

        Defendants.

NO. 3:20-cv-6259-BJR

**JUDGMENT**

This matter has come on before the Court on plaintiff Orbridge LLC's ("Orbridge") motion for entry of judgment against Safari Legacy, Inc. ("Safari Legacy") and Pratik Patel. On October 4, 2022, the parties entered into a Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement") whereby Pratik Patel and Safari Legacy agreed to pay Orbridge, Inc. $197,000 by wire transfer within 90 days. Ninety days from October 4, 2022 was Monday, January 2, 2023. Orbridge has not received any payment from the defendants pursuant to the Settlement Agreement, who are therefore in breach of that agreement.

JUDGMENT
(3:20-cv-6259-BJR) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Defendant Pratik Patel personally guaranteed "all obligations of Safari Legacy, Inc. to Orbridge as set forth in [the] Settlement Agreement." Accordingly, Orbridge is entitled to judgment against both defendants. Further, pursuant to section 6.1 of the Settlement Agreement, the defendants agreed that upon the occurrence of any breach by the defendants, any attorney may confess judgment against the defendants without notice or hearing in favor of Orbridge for the full amount of the Settlement Agreement ($197,000) plus fifteen percent of that amount ($29,550) for costs, expenses, and attorney's fees. This totals $226,550.

**JUDGMENT**

The Court hereby enters Judgment in favor of Orbridge against Pratik Patel and Safari Legacy, jointly and severely, in the amount of $226,550. This Judgment will incur post-judgment interest at Washington's statutory rate.

DATED this 6th day of January, 2023

Barbara Jacobs Rothstein
U.S. District Court Judge

JUDGMENT
(3:20-cv-6259-BJR) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669