The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ORBRIDGE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFARI LEGACY, INC. and PRATIK PATEL | Civil Action No. 3:20-cv-6259-BJR<br><br>ORDER GRANTING MOTION TO COMPEL |

    Plaintiff Orbridge LLC ("Orbridge") brings this motion to compel Defendants Safari Legacy, Inc. and Pratik Patel (collectively, Defendants) to appear for deposition to testify regarding their assets and to produce documents responsive to the requests set forth in the notices of deposition. Dkt. No. 82. Orbridge filed the motion after Defendants failed to appear for a deposition scheduled for February 17, 2023 and failed to produce the requested documents. Defendants' only explanation for failing to appear for the deposition is that Patel "currently lives in Dubai and traveling to the United States is difficult at best for him." Dkt. No. 85.

    Having reviewed the motion, responses thereto, the record of the case, and the relevant legal authority, the Court HEREBY ORDERS Defendants to appear for deposition on or before March 17, 2023. The deposition may proceed remotely. The Court further instructs Defendants to

produce documents responsive to the requests set forth in the deposition notice on or before March 13, 2023.

In addition, the Court notes that Defendants' failure to appear for the previously scheduled deposition without explanation fits a pattern of dilatory behavior that Defendants have exhibited throughout this lawsuit. Therefore, the Court grants Orbridge's request for reasonable expenses and attorney's fees associated with bringing the motion to compel, as well as any costs incurred as a result of Defendants' failure to appear for the previously noted deposition. Orbridge shall file an affidavit setting forth those costs on or before March 17, 2023. **Lastly, Defendants' failure to comply with the terms of this order in any manner whatsoever shall result in a sanction of one hundred dollars ($100) per day until compliance is complete**.

IT IS SO ORDERED.

Dated this 2nd day of March 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge