HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ORBRIDGE LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>SAFARI LEGACY, INC. and PRATIK PATEL,<br><br>                     Defendants. | NO. 3:20-cv-6259-BJR<br><br>**ORDER GRANTING ATTORNEY'S FEES AND COSTS PURSUANT TO COURT'S ORDER OF MARCH 2, 2023** |

Pursuant to the Court's Order of March 2, 2023 (dkt. # 88), Orbridge LLC submitted three declarations of counsel regarding the "reasonable expenses and attorney's fees associated with bringing the motion to compel" and "costs incurred as a result of Defendants' failure to appear for the previously noted deposition." The total cost is $3,822.00, which is comprised of:

- $505.00 for attorney's and paralegal's fees (Declaration of Robert L. Christie);
- $875.00 for stenographic services (Declaration of Robert L. Christie);
- $1,830.00 for attorney fees (Declaration of Andrew D. Black); and

- $612.00 for attorney's fees (Declaration of Rodney E. Gould).

IT IS HEREBY ORDERED that pursuant to this Court's March 2, 2023 Order, Orbridge is hereby awarded $3,822.00 in attorney's fees and costs, to be paid by Defendants within 30 days of this Order.

Dated this 17th day of March, 2023.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING ATTORNEY'S FEES AND
COSTS (3:20-cv-6259-BJR) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669