HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ORBRIDGE LLC, | |
| Plaintiff, | NO. 3:20-cv-6259-BJR |
| v. | |
| SAFARI LEGACY, INC. and PRATIK PATEL, | **JUDGMENT** |
| Defendants. | |

The Court HEREBY GRANTS Plaintiffs renewed motion for contempt [Dkt. No. 106] and ENTERS Judgment in favor of Orbridge LLC against Pratik Patel and Safari Legacy, Inc., jointly and severely, in the amount of $251,009.01, which is comprised of the $226,500.00 Judgment of January 6, 2023, $13,031.51 in post-judgment interest from January 6, 2023 to May 19, 2023, and

JUDGMENT
(3:20-cv-6259-BJR) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

$11,477.50 for attorney's fees and costs to bring the motions for contempt.  This Judgment will incur post-judgment interest at Washington's statutory rate.

Dated this 6th day of July, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

SMITH DUGGAN BUELL & RUFO LLP

By   */s/ Rodney E. Gould*
RODNEY E. GOULD, admitted pro had vice
ANDREW D. BLACK, admitted pro had vice
Attorneys for Plaintiff Orbridge LLC
55 Old Bedford Road
Lincoln, MA 01773
Phone: 617-228-4400
Email:rgould@SmithDuggan.com
Andrew.Black@SmithDuggan.com


CHRISTIE LAW GROUP, PLLC


By   */s/ Robert L. Christie*
ROBERT L. CHRISTIE, WSBA #10895
Attorney for Plaintiff Orbridge LLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: bob@christielawgroup.com

JUDGMENT
(3:20-cv-6259-BJR) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669