HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ORBRIDGE LLC,

        Plaintiff,

v.

SAFARI LEGACY, INC. and PRATIK PATEL,

        Defendants.

NO. 3:20-cv-6259-BJR

ORDER GRANTING ORBRIDGE LLC'S MOTION FOR SANCTIONS

    THIS MATTER, having come before the Court on Orbridge LLC's Motion for Sanctions, the Court having reviewed the pleadings and files in this matter and being otherwise fully advised;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the Orders entered on March 2, 2023 (Dkt. No. 88) and July 6, 2023 (Dkt. No. 117), Defendants are hereby ordered to produce the responsive documents forthwith.  From the date of this Order, each day Defendants fail to comply with the full production of documents results in a sanction of one

ORDER GRANTING ORBRIDGE LLC'S MOTION
FOR SANCTIONS
(3:20-cv-6259-BJR) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

hundred dollars ($100) per day until compliance is complete or until they pay the full judgment entered on July 6, 2023 (Dkt. No. 117).

Dated this 18th day of July 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING ORBRIDGE LLC'S MOTION
FOR SANCTIONS
(3:20-cv-6259-BJR) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669